IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CALACCI CONSTRUCTION CO., INC.,<br><br>Defendant. | Case No. 19-cv-7936<br><br>Judge Shah |

Judgment Order
_____

WHEREAS, the Plaintiffs filed their Complaint on December 5, 2019 and the Defendant was served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, CALACCI CONSTRUCTION CO., INC., in the sum of **$9,901.08** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (06/19 - 07/19) | $6,144.22 |
| b) | Liquidated Damages (06/19 - 01/20) | $512.41 |
| c) | Attorney Fees and Costs | $3,244.45 |
| | **TOTAL** | **$9,901.08** |

ENTERED:

_____
MANISH S. SHAH
UNITED STATES DISTRICT JUDGE

DATED: February 11, 2020